ABRAMS v. WILSON. (5 Div. 400.) (Court of Appeals of Alabama. Nov. 23, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge. Omar Reynolds, of Clanton, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 921)

Clayton ADAMS v. STATE. (5 Div. 459.) (Court of Appeals of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Coosa County; E. S. Lyman, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(96 South. 939)

ALABAMA GREAT SOUTHERN RY. CO. v. WASHINGTON. (6 Div. 225.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed.

(99 South. 924)

Labe ALLEN v. STATE. (8 Div. 179.) (Court of Appeals of Alabama. Feb. 14, 1924.) Appeal from Circuit Court, Limestone County; Jas. E. Horton, Jr., Judge. Labe Allen was convicted of violating the prohibition law, and appeals. Affirmed. Harwell G. Davis, Atty. Gen., for the State. No brief reached the Reporter.

FOSTER, J. This cause was submitted on the record without bill of exceptions. The record discloses no error. In the absence of a bill of exceptions and the oral charge of the court, requested charges refused to the defendant cannot be reviewed on appeal. It will be presumed that the trial court fully, fairly, and correctly charged the law in the oral instructions to the jury. The judgment of the circuit court is affirmed. Affirmed.

(96 South. 939)

ANDERSON v. STATE. (5 Div. 472.) (Court of Appeals of Alabama. June 12, 1923.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge.

SAMFORD, J. Appeal dismissed.

(96 South. 939)

ARZINGER v. BIRMINGHAM MOTOR CO. (6 Div. 238.) (Court of Appeals of Alabama.

May 15, 1923.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. E. N. Hamil, of Birmingham, for appellant. W. H. McGowen, of Birmingham, for appellee.

BRICKEN, P. J. Affirmed.

(95 South. 923)

BAGGETT v. STATE. (8 Div. 44.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge. Simpson & Simpson, of Florence, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(94 South. 923)

BAILEY v. STATE. (6 Div. 96.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Mollie Bailey was convicted of second degree murder, and she appeals. Affirmed.

MERRITT, J. The indictment against this appellant charged her with murder in the first degree. She was duly arraigned and interposed a plea of not guilty; the trial resulting in a verdict by the jury finding her guilty of murder in the second degree and the punishment fixed at imprisonment in the penitentiary for a term of 15 years. From the judgment of conviction, she appeals to this court. There is no bill of exceptions, and the time for presenting same has long since expired. The record proper, upon which this appeal is predicated, has been carefully examined. It is free from error, and it follows that the judgment appealed from must be affirmed. Affirmed.

(95 South. 923)

BAITES et al. v. GRASSELLI CHEMICAL CO. (8 Div. 25.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Griffin & Ford, of Huntsville, for appellee.

BRICKEN, P. J. Affirmed.

(98 South. 921)

Henry BAKER v. STATE. (7 Div. 963.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Clay County; W. M. Lackey, Judge. Prosecution for making whisky.

SAMFORD, J. Appeal dismissed by appellant.